Tracy **THRASHER**, Plaintiff–Appellant,

v.

**AMERICAN INTERNATIONAL GROUP, INC., National Union Fire Insurance Company of Pittsburg, P.A., American International Specialty Lines Insurance Company, Illinois National Insurance Company, Defendants–Appellees.**

No. 08–16248.

United States Court of Appeals, Eleventh Circuit.

Aug. 21, 2009.

Robert K. Spotswood, Michael Todd Sansbury, Kenneth Daniel Sansom, Spotswood, LLC, John Quincey Somerville, Galloway & Somerville, L.L.C., William T. Paulk, II, Spotswood Sansom & Sansbury, LLC, Birmingham, AL, Plaintiff–Appellant.

M. Christian King, Lightfoot, Franklin & White, LLC, Jere F. White, Jr., Lightfoot, Franklin & White, L.L.C., Birmingham, AL, Edward P. Krugman, New York, NY, for Defendants–Appellees.

---

Before CARNES and PRYOR, Circuit Judges, and DOWD,* District Judge.

PER CURIAM:

We affirm the judgment on the basis of Judge Ott's well-reasoned memorandum opinion of September 29, 2008. We add to it only our observation that the breach of contract claim is also clearly barred by the statute of limitations. Whether the other three claims are also barred by the statute of limitations are more issues that we do not reach.

AFFIRM.